Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
email:  Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
S.W., a child

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA.
## WESTERN DIVISION

| | |
|---|---|
| S. W., a child | ) CASE NO.:  CV 13 2881 PLA |
| | ) |
| Plaintiff | ) Order Awarding EAJA |
| | ) Fees |
|    vs. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

   IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

-1-

attorney fees under EAJA in the amount of THIRTY-SEVEN HUNDRED NINETY DOLLARS and 00/cents ($3,790.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED:  June 4, 2014

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE